UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLOW WIND ORGANIC FARMS, et al.<br><br>  Plaintiff,<br><br>   v.<br><br>KENYON ZERO STORAGE INC,<br><br>  Defendant. | No. CV-04-155-FVS<br><br>ORDER OF DISMISSAL |

**THIS MATTER** having come before the Court based upon the parties' stipulated motion to dismiss; Now, therefore

**IT IS HEREBY ORDERED:**

1. The parties' stipulated motion to dismiss (Ct. Rec. 213) is granted.

2. All claims and counterclaims are dismissed with prejudice.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___29th___ day of June, 2006.

                     s/ Fred Van Sickle
                       Fred Van Sickle
               United States District Judge

ORDER - 1